IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA                                                APPELLEE

V.                                                       CASE NO. 1:10CR67-NBB-DAS

WILLIAM I. CARROLL                                                     APPELLANT

## ORDER

In accordance with the memorandum opinion issued this day, it is **ORDERED AND ADJUDGED** that the magistrate judge's ruling finding defendant William Carroll guilty of a misdemeanor violation of 36 C.F.R. § 2.32(a)(3) is hereby **AFFIRMED**.

This, the 29th day of January, 2016.

/s/ Neal Biggers
**NEAL B. BIGGERS, JR.**
**UNITED STATES DISTRICT JUDGE**